# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:22-cv-653-MOC

| | |
|---|---|
| **AMELIA LOUISE CROFT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **KILOLO KIJAKAZI,** ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court through a motion by Plaintiff, Amelia Louise Croft, for an award of attorney's fees pursuant to the Equal Access to Justice Act. (Doc. No. 19). Defendant has consented to the motion.

**IT IS HEREBY ORDERED** that the consented-to motion for an award of attorney's fees (Doc. No. 19) is **GRANTED**. Plaintiff is awarded attorney fees in the amount of $6,703.44. Full or partial remittance of the EAJA award will be contingent on a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

If Plaintiff has no outstanding federal debt, the Commissioner may honor any EAJA assignment that Plaintiff may provide and make the check(s) payable to Plaintiff's counsel. However, if Plaintiff has an outstanding federal debt, the Commissioner will make the check(s) payable to Plaintiff directly and deliver the check(s) to the business address of Plaintiff's counsel. The amount of EAJA award payable to Plaintiff will be the balance of EAJA award remaining after subtracting the amount of Plaintiff's outstanding federal debt. This award will be paid directly to Plaintiff, Torran Donald Meeks, and sent to Plaintiff's counsel, Olinsky Law Group at

  250 South Clinton Street, Suite 210

Syracuse, NY 13202.

If Plaintiff's outstanding federal debt exceeds the amount of the EAJA award approved pursuant to the Order, the amount of the EAJA award will be used to offset Plaintiff's federal debt and no EAJA award shall be paid.

Signed: October 18, 2023

Max O. Cogburn Jr
United States District Judge